# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT LEE FREEMAN, | Case No. 07-cv-1805-RAJ |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| MAGGIE MILLER-STOUT, | |
| Respondent. | |

The Court, after careful consideration of Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation (Dkt. # 44) of the Honorable James P. Donohue, the governing authorities, and the balance of the record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation.

(2) The habeas petition is DENIED and this case is DISMISSED with prejudice.

(3) Petitioner's motion for an evidentiary hearing, Dkt. No. 23, is DENIED as moot.

(4) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 12th day of August, 2009.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge